# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN P. BONHAM, | Case No. 3:17-cv-0727-RCJ-CLB |
| Plaintiff, | **ORDER** |
| v. | |
| KIM ADAMSON, *et al.*, | |
| Defendants. | |

On May 5, 2021, the Court stayed this matter for 90 days, until August 9, 2021, to provide the parties an opportunity to settle and further ordered the Attorney General to file a 90-day status report. ECF No. 31. On June 21, 2021, the Court set an Inmate Early Mediation Conference for August 24, 2021. ECF No. 36.

Due to the scheduling of the Inmate Early Mediation Conference, the Court will extend the stay and the date by which the Attorney General must file the status report until Friday, August 27, 2021. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

Accordingly,

THE COURT **ORDERS** that, to continue to provide the parties the opportunity to settle their dispute, the Stay in this matter is extended to Friday, August 27, 2021.

THE COURT FURTHER **ORDERS** that, no later than Friday, August 27, 2021, the Office of the Attorney General must file the status report using the report form attached to

the Court's Screening Order (ECF No. 31) regarding the results of the stay, even if a stipulation for dismissal is entered prior to the end of the stay.

DATED this 22nd day of June 2021.

_____
United States Magistrate Judge