UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN P. BONHAM, | Case No. 3:17-cv-00727-RCJ-CLB |
| Plaintiff, | |
| v. | ORDER TO DISMISS WITH PREJUDICE |
| KIM ADAMSON, et al., | |
| Defendants. | |

The Parties, Plaintiff, Bryan P. Bonham, in pro se, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and William P. Shogren, Deputy Attorney General, hereby stipulate that this matter may be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

_____
Bryan P. Bonham, Plaintiff
Pro Se

Dated: 8-31-2021

AARON D. FORD
Attorney General

By: /s/ William P. Shogren
William P. Shogren, Bar No. 14619
Deputy Attorney General
Attorneys for Defendants

Dated: August 25, 2021

IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: September 23, 2021.

1